IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    v.

HENRY J. LOGAN,
    Movant,

Case No. 3:08-cr-18-KRG-KAP
(Case No. 3:12-cv-57-KRG-KAP)

## Memorandum Order

Henry Logan's pleading at docket no. 129 styled "Motion Pursuant to Fed.R.Civ.P. 60(b)(5), (6), and 60(d)(1)" seeking to vacate the Order of April 11, 2012, denying his Section 2255 motion, docket no. 124, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on April 18, 2013, docket no. 130, recommending that the Rule 60 motion be denied. The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Movant filed objections, docket no. 132, that are meritless.

After de novo review of the record of this matter, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 7th day of January, 2015, it is

ORDERED that the Motion Pursuant to Fed.R.Civ.P. 60(b)(5), (6), and 60(d)(1), docket no. 129, is denied. The Report and Recommendation is adopted as the opinion of the Court. Movant's motion for appointment of counsel, docket no. 132, is denied without prejudice to making a request to the Court, stating specific reasons why counsel should be appointed. The Clerk's Office does not appoint counsel.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Henry Logan, Reg. No. 11253-068
F.C.I. Cumberland
P.O. Box 1000
Cumberland, MD 21501