IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
v.
HENRY J. LOGAN,
      Movant,

Case No. 3:08-cr-18-KRG-KAP
Case No. 3:16-cv-143-KRG-KAP

Memorandum Order

The Motion to Reduce Sentence at ECF no. 146 was referred to Magistrate Judge Keith A. Pesto for a recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 20, 2017, ECF no. 150, recommending that the motion be denied.

The parties were notified (petitioner at his last address) that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections were filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation under the "reasoned consideration" standard, see EEOC v. City of Long Branch, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is entered:

AND NOW, this 3rd day of March 2020, it is

ORDERED that defendant's motion at ECF no. 146 is denied as recommended in the Report and Recommendation, which is adopted as the opinion of the Court. The Clerk shall note the change of address for the movant.

BY THE COURT:

*[signature: Kim R. Gibson]*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Henry Logan, Reg. No. 11253-068
F.C.I. McDowell
P.O. Box 1009
Welch, WV 24801